Timothy Young, Ohio Public Defender, and Sheryl Trzaska, Assistant Public Defender, for appellee, E.S.

THE STATE OF OHIO, APPELLEE, *v.* LEES, APPELLANT.

[Cite as *State v. Lees,* 135 Ohio St.3d 136, 2012-Ohio-5909.]

(No. 2012–1534—Submitted December 13, 2012—Decided December 18, 2012.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *In re Bruce S.,* 134 Ohio St.3d 477, 2012-Ohio-5696, 983 N.E.2d 350, and the cause is remanded to the trial court for the limited purpose of holding a classification hearing consistent with *In re Bruce S.*

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

KENNEDY, J., not participating.

Ron O'Brien, Franklin County Prosecuting Attorney, and Steven L. Taylor, Chief Counsel, Appellate Division, for appellee.

Timothy Young, Ohio Public Defender, and Francisco E. Lüttecke and Jason A. Macke, Assistant Public Defenders, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* G.L., APPELLANT.

[Cite as *State v. G.L.,* 135 Ohio St.3d 136, 2012-Ohio-6089.]

(No. 2011–1092—Submitted December 21, 2012—Decided December 26, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re M.W.*, 133 Ohio St.3d 309, 2012-Ohio-4538, 978 N.E.2d 164.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents.

KENNEDY, J., not participating.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Laura M. Woodruff, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Amanda Powell, Assistant Public Defender, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* HOOD, APPELLANT.

[Cite as *State v. Hood*, 135 Ohio St.3d 137, 2012-Ohio-6208.]

(No. 2010–2260—Submitted December 27, 2012—Decided December 31, 2012.)

PFEIFER, J.